IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-02175-WJM

WILLIAM R. STEVENSON,

    Applicant,

v.

WARDEN RAE TIMME, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Stevenson*, Case No. 07CR508 in the Adams County District Court**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Adams County District Court
            1100 Judicial Drive

        Brighton, Colorado 80601;

(2)    Court Services Manager
       State Court Administrator's Office
       101 W. Colfax, Ste. 500
       Denver, Colorado  80202.

DATED this 6th day of November, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge