FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 1 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

CIVIL ACTION NO. 12-cv-02175-WJM

WILLIAM R. STEVENSON,

    Applicant,

vs.

WARDEN RAE TIMME, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 25th day of November, 2014.

BY THE COURT:

William J. Martínez
United States District Judge